UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARIA DOLORES MINJAREZ,<br><br>*Plaintiff,*<br>v.<br><br>WAL-MART STORES TEXAS, LLC and<br>WAL-MART STORES, INC.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§  EP-18-CV-00106-DCG<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with the jury's verdict (ECF No. 94) and the Court's "Memorandum Opinion and Order" entered this day, the Court hereby enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that judgment is **ENTERED** in favor of Plaintiff Maria Dolores Minjarez and against Defendants Wal-Mart Stores Texas, LLC and Wal-Mart Stores, Inc.

**IT IS FURTHER ORDERED** that Plaintiff Maria Dolores Minjarez is awarded judgment of **$22,000**.

**IT IS FURTHER ORDERED** that Defendants Wal-Mart Stores Texas, LLC and Wal-Mart Stores, Inc. shall **PAY** pre-judgment interest at the rate of **5.5%** beginning on January 12, 2018, and ending on the day preceding the date this judgment is issued.

**IT IS FURTHER ORDERED** that Defendants Wal-Mart Stores Texas, LLC and Wal-Mart Stores, Inc. shall **PAY** post-judgment interest at the rate of **2.33%** until the judgment imposed herein is paid in full, with interest to be compounded annually.

**IT IS FURTHER ORDERED** that Plaintiff Maria Dolores Minjarez is **AWARDED** costs, to be taxed against Defendants Wal-Mart Stores Texas, LLC and Wal-Mart Stores, Inc. Plaintiff shall **PREPARE** and **FILE** a proposed bill of costs no later than fourteen days after the entry of this judgment and shall **SERVE** its bill of costs on Defendants.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 30th day of May 2019.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE